## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **JERRY ALLEN SATTERFIELD** | **CIVIL ACTION NO. 22-cv-6055** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ROBINSON HELICOPTER CO INC ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

### J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 44] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant 1 Acadiana Helicopters Co., LLC's Motion to Remand [Doc. No. 40] is **DENIED.**

THUS, DONE AND SIGNED at Monroe, Louisiana, this the 4th day of January 2024.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**