UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JERRY ALLEN SATTERFIELD** | **CIVIL ACTION NO. 22-cv-6055** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ROBINSON HELICOPTER CO INC ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 45] previously filed herein, having thoroughly reviewed the record, including the Objection [Doc. No. 46] filed by Defendant Robinson Helicopter Co. Inc. ("Robinson") and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Robinson's Re-Urged Motion to Dismiss for Lack of Personal Jurisdiction [Doc. No. 23] is **DENIED.**

THUS, DONE AND SIGNED at Monroe, Louisiana, this the 4th day of January 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE